IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH,<br><br>        Appellant,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YELLOWSTONE MOUNTAIN CLUB, LLC, YELLOWSTONE MOUNTAIN DEVELOPMENT, LLC, BIG SKY RIDGE, LLC, AND YELLOWSTONE CONSTRUCTION COMPANY, LLC,<br><br>        Appellees. | No. CV-10-66-BU-SEH<br><br>ORDER |

On March 22, 2016, Appellant filed a Status Report,[1] including reference to a related appeal in *Blixseth v. Yellowstone Mountain Club, et al.*, No. 13-35190 (9th Cir. May 1, 2015) (underlying case CV 11-65-BU-SEH).

---

[1] Doc. 87.

On August 28, 2020, the Ninth Circuit issued an Opinion, Order, and Mandate in *Blixseth v. Credit Suisse*, No. 16-35304 (9th Cir. June 11, 2020) (underlying case CV 11-65-BU-SEH).

ORDERED:

Appellant shall file a status report on or before September 18, 2020, apprising the Court of issues, if any, which preclude closing the file.

DATED this 1st day of September, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge