# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH,<br><br>               Appellant,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YELLOWSTONE MOUNTAIN CLUB, LLC, YELLOWSTONE MOUNTAIN DEVELOPMENT, LLC, BIG SKY RIDGE, LLC, AND YELLOWSTONE CONSTRUCTION COMPANY, LLC,<br><br>               Appellees. | No. CV-10-66-BU-SEH<br><br><br>**ORDER** |

On June 11, 2020, the Ninth Circuit Court of Appeals issued its Opinion in the case of *Blixseth v. Credit Suisse*.[1] Mandate was issued on August 28, 2020.[2]

---

[1] *See* Doc. 171, *Blixseth v. Yellowstone Mountain Club, LLC et al*, No. CV 11-65-BU-SEH (D. Mont. June 11, 2020).

[2] *See* Doc. 173, *Blixseth v. Yellowstone Mountain Club, LLC et al*, No. CV 11-65-BU-SEH (D. Mont. Aug. 28, 2020).

On September 1, 2020, this Court issued its Order[3] requiring Appellant to file a status report addressing the appeal of *Blixseth v. Credit Suisse*, No. 16-35304 (9th Cir.)(underlying case CV 11-65-BU-SEH). Appellant filed the ordered status report on September 18, 2020,[4] informing the Court that January 19, 2021, was the deadline for filing a petition for a writ of certiorari to the United States Supreme Court in the case of *Blixseth v. Credit Suisse*.[5] On February 1, 2021, the Court received notice that a petition for writ of certiorari had been filed with the United States Supreme Court and docketed as No. 20-1028.[6]

ORDERED:

1.      This case remains STAYED[7] subject to review, modification, or revocation of the stay, upon motion of the parties or upon the Court's own motion.

2.      Appellant shall file a status report with the Court within seven days of decision by the United States Supreme Court in disposition of the pending petition

---

[3] Doc. 88.

[4] Doc. 92.

[5] *See Blixseth v. Credit Suisse*, No. 16-35304 (9th Cir.)(underlying case CV 11-65-BU-SEH).

[6] *See* Doc. 174, *Blixseth v. Yellowstone Mountain Club, LLC et al*, No. CV 11-65-BU-SEH (D. Mont. Feb. 1, 2020).

[7] *See* Docs. 82 and 84.

2

for writ of certiorari.[8]

DATED this ___2ⁿᵈ___ day of February, 2021.

SAM E. HADDON
United States District Judge

---

[8] *See* Doc. 174, *Blixseth v. Yellowstone Mountain Club, LLC et al*, No. CV 11-65-BU-SEH (D. Mont. Feb. 1, 2020).

3