# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH,<br><br>       Appellant,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YELLOWSTONE MOUNTAIN CLUB, LLC, YELLOWSTONE MOUNTAIN DEVELOPMENT, LLC, BIG SKY RIDGE, LLC, AND YELLOWSTONE CONSTRUCTION COMPANY, LLC,<br><br>       Appellees. | No. CV-10-66-BU-SEH<br><br>**ORDER** |

On February 23, 2021, Credit Suisse AG, filed a status report stating "the finality of the bankruptcy court's confirmation of the Third Amended Joint Plan of Reorganization renders this appeal moot . . . the stay extended by the Court's February 2, 2021, order is no longer necessary, and that no remaining issue

precludes closing the case."[1]

ORDERED:

This case is DISMISSED. The Clerk is directed to close the file.

DATED this 24th day of February, 2021.

SAM E. HADDON
United States District Judge

---

[1] Doc. 94 at 2.